JOHN J. BARRY, Respondent, *v.* VILLAGE OF PORT JERVIS, Appellant.

*Barry* v. *Village of Port Jervis,* 93 App. Div. 618, affirmed.
(Argued December 9, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April

20, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William A. Parshall* for appellant.

*Frank Lybolt* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not voting : O'BRIEN, J.